UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES CENTRAL<br>INTELLIGENCE AGENCY,<br><br>*Defendant.* | Civil Action No. 22-0131 (JMC) |

## JOINT STATUS REPORT

Plaintiff, James G. Connell, III, and Defendant, Central Intelligence Agency ("CIA"), by and through its undersigned counsel, respectfully submit the following Joint Status Report pursuant to the Court's June 27, 2022, Minute Order.

1.      This case is brought pursuant to Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, concerning Plaintiff's multiple FOIA requests to the CIA seeking documents relating to nine (9) individuals who were allegedly held in detention sites administered by or affiliated with the CIA.  *See* ECF No. 1.

2.      As previously reported, Defendant CIA has completed its initial search for records potentially responsive to Plaintiff's FOIA requests but has not yet been able to complete its responsiveness review of those records or complete its deduplication process.  This review is currently ongoing.  However, given the breadth of the nine (9) separate requests at issue, fully completing this process is expected to take considerable additional time.  Initial rough estimates suggest there are greater than 30,000 potentially responsive documents (without accounting for duplicates or false positive hits).  Moreover, nearly all of these documents contain substantial

amounts of currently and properly classified information and other information exempt from

FOIA.   The process requires CIA information review specialists to conduct a manual, line-by-line

assessment of this sensitive information.  CIA will provide additional updates on its responsiveness

review of these records and more precise estimates of the total volume in future Joint Status

Reports.

3.      Nevertheless, in an effort to produce records to Plaintiff as expeditiously as

possible, in parallel with its initial review, CIA is endeavoring to process records that have already

been deemed responsive on a rolling basis.  On September 14, 2022, CIA made its first interim

production, releasing three (3) documents to Plaintiff, while withholding twenty-nine (29)

documents in full.  Concurrently with this joint status report, CIA is making its next interim

production, releasing two (2) documents to Plaintiff, while withholding forty-three (43) documents

in full.[1]  CIA currently anticipates making its next interim production on or before January 11,

2023, with additional productions scheduled every 60 days thereafter.

4.      In light of the foregoing, consistent with the Court's March 18, 2022, Order, the

parties propose filing another joint status report by January 13, 2023, to provide the Court with

updates on the status of this matter.   Should issues arise earlier that necessitate the Court's

intervention, the parties will file an interim status report at that time.

//

//

//

---

[1]      The parties' prior joint status report indicated that CIA planned to make its second interim
production "on or before November 12, 2022."  ECF 13.  With the Veterans Day holiday on
November 11, CIA was unable to finalize its release ahead of the planned date.  CIA regrets the
delay and commits to meeting future release deadlines.

Dated:  November 14, 2022                          Respectfully submitted,

                                                   MATTHEW M. GRAVES
  /s/ James G. Connell, III                        D.C. Bar No. 481052
JAMES G. CONNELL, III                              United States Attorney
P.O. BOX 141
CABIN JOHN, MD 20817-0141
(703) 623-8410                                     BRIAN P. HUDAK
JCONNELL@CONNELL-LAW.COM                            Chief, Civil Division

*Plaintiff, Pro Se*                                  /s/ Christina O'Tousa
                                                   CHRISTINA O'TOUSA
                                                   DC Bar #241667
                                                   Assistant United States Attorney
                                                   601 D Street NW
                                                   Washington, D.C. 20530
                                                   Telephone: (202) 252-2437
                                                   christina.o'tousa@usdoj.gov

                                                   *Counsel for Defendant*