UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES G. CONNELL, III,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES CENTRAL<br>INTELLIGENCE AGENCY,<br><br>Defendant. | Civil Action No. 22-0131 (JMC) |

**JOINT STATUS REPORT**

Plaintiff, James G. Connell, III, and Defendant, Central Intelligence Agency ("CIA") respectfully submit the following Joint Status Report pursuant to the Court's March 18, 2022, Scheduling Order (ECF No. 11), and June 27, 2022, Minute Order.

1.     This case is brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, concerning Plaintiff's multiple FOIA requests to the CIA seeking documents relating to nine (9) individuals who were allegedly held in detention sites administered by or affiliated with the CIA.  *See* ECF No. 1.

2.     As previously reported, Defendant CIA has completed its initial search for records potentially responsive to Plaintiff's FOIA requests but has not yet been able to complete its responsiveness review of those records or complete its deduplication process.  This review is currently ongoing.  However, given the breadth of the nine (9) separate requests at issue, fully completing this process is expected to take considerable additional time.  Initial rough estimates suggest there are greater than 30,000 potentially responsive documents (without accounting for duplicates or false positive hits).  Moreover, nearly all of these documents contain substantial

amounts of currently and properly classified information and other information exempt from FOIA.  The process requires CIA information review specialists to conduct a manual, line-by-line assessment of this sensitive information.  CIA will provide additional updates on its responsiveness review of these records and more precise estimates of the total volume in future Joint Status Reports.

3.      Nevertheless, in an effort to produce records to Plaintiff as expeditiously as possible, in parallel with its initial review, CIA continues to process records that have already been deemed responsive on a rolling basis. On January 12, 2023, CIA released one (1) document to Plaintiff, while withholding eighty-five (85) documents in full.  Defendant has withheld certain information/documents on the basis of FOIA Exemptions 1, 3, 5, and 6.

4.      CIA currently anticipates making its next interim production on or before March 13, 2023, with additional productions scheduled every 60 days thereafter.

5.      In light of the foregoing, consistent with the Court's March 18, 2022, Scheduling Order, the parties propose filing another joint status report by March 24, 2023, to provide the Court with updates on the status of this matter.  Should issues arise earlier that necessitate the Court's intervention, the parties will file an interim status report at that time.

*       *       *

Dated:  January 23, 2023                          Respectfully submitted,

  */s/ James G. Connell, III*                    MATTHEW M. GRAVES
JAMES G. CONNELL, III                           D.C. Bar No. 481052
P.O. BOX 141                                    United States Attorney
CABIN JOHN, MD 20817-0141
(703) 623-8410                                  BRIAN P. HUDAK
JCONNELL@CONNELL-LAW.COM                         Chief, Civil Division

*Plaintiff, Pro Se*                                */s/ Christina O'Tousa*
                                                CHRISTINA O'TOUSA
                                                DC Bar #241667
                                                Assistant United States Attorney
                                                601 D Street NW
                                                Washington, D.C. 20530
                                                Telephone: (202) 252-2437
                                                christina.o'tousa@usdoj.gov

                                                *Counsel for Defendant*